1  **Daniel J. Weintraub – Bar #132111**
   **James R. Selth – Bar #123420**
2  **Elaine V. Nguyen – Bar #256432**
   **WEINTRAUB & SELTH, APC**
3  **11766 Wilshire Boulevard, Suite 1170**
   **Los Angeles, CA 90025**
4  **Telephone: (310) 207-1494**
   **Facsimile: (310) 442-0660**
5
   Attorneys for Debtor and Defendant,
6  ANNA DOROSHINA

7

8                  UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

10

11 In re                         ) Chapter 7
                                  )
12 ANNA DOROSHINA,                ) Bankruptcy No. 6:15-bk-12147-SY
                                  )
13        Debtor,                 ) Adversary No. 6:15-ap-01165-SY
                                  )
14 _____   ) **ANSWER TO FIRST AMENDED**
                                  ) **COMPLAINT FOR DETERMINATION OF**
15 CALIFORNIA BANK & TRUST,       ) **DISCHARGEABILITY OF DEBT,**
                                  ) **OBJECTION TO DISCHARGE, ETC.**
16        Plaintiff,              )
                                  ) Status Conference:
17     vs.                        )
                                  ) Date:      September 3, 2015
18 ANNA DOROSHINA and SERGE       ) Time:      9:30 a.m.
   DOROSHIN,                      ) Place:     Courtroom 302
19                                )
          Defendants.             )
20                                )
   _____   )
21

22

23       Debtor and Defendant, ANNA DOROSHINA ("Defendant"), by her

24 undersigned counsel, answers the First Amended Complaint

25 ("Complaint") of Plaintiff, CALIFORNIA BANK & TRUST ("Plaintiff"),

26 by stating as follows:

27 //

28 //

                                 1

1

### I. JURISDICTION AND VENUE

2    1.    In response to Paragraph 1 of the Complaint, Defendant
3    admits.

4    2.    In response to Paragraph 2 of the Complaint, Defendant
5    is without sufficient knowledge or information to form a belief as
6    to the truth of the allegations contained in said paragraph, and
7    on that basis denies the allegations contained therein.

8    3.    In response to Paragraph 3 of the Complaint, Defendant
9    denies.

10    4.    In response to Paragraph 4 of the Complaint, Defendant
11    denies.

12

### II. PARTIES

13    5.    In response to Paragraph 5 of the Complaint, Defendant
14    is without sufficient knowledge or information to form a belief as
15    to the truth of the allegations contained in said paragraph, and
16    on that basis denies the allegations contained therein.

17    6.    In response to Paragraph 6 of the Complaint, Defendant
18    is without sufficient knowledge or information to form a belief as
19    to the truth of the allegations contained in said paragraph, and
20    on that basis denies the allegations contained therein.

21    7.    In response to Paragraph 7 of the Complaint, Defendant
22    admits that she has resided in Riverside County since on or about
23    May, 2014.

24    8.    In response to Paragraph 8 of the Complaint, Defendant
25    admits that Serge Doroshin has resided in Riverside County since
26    on or about May, 2014.

27    //

28    //

### III. FACTUAL BACKGROUND

9.    In response to Paragraph 9 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

10.    In response to Paragraph 10 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

11.    In response to Paragraph 11 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

12.    In response to Paragraph 12 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

13.    In response to Paragraph 13 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

14.    In response to Paragraph 14 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

15.    In response to Paragraph 15 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and

1  on that basis denies the allegations contained therein.

2      16.   In response to Paragraph 16 of the Complaint, Defendant

3  is without sufficient knowledge or information to form a belief as

4  to the truth of the allegations contained in said paragraph, and

5  on that basis denies the allegations contained therein.

6      17.   In response to Paragraph 17 of the Complaint, Defendant

7  is without sufficient knowledge or information to form a belief as

8  to the truth of the allegations contained in said paragraph, and

9  on that basis denies the allegations contained therein.

10     18.   In response to Paragraph 18 of the Complaint, Defendant

11  is without sufficient knowledge or information to form a belief as

12  to the truth of the allegations contained in said paragraph, and

13  on that basis denies the allegations contained therein.

14     19.   In response to Paragraph 19 of the Complaint, Defendant

15  is without sufficient knowledge or information to form a belief as

16  to the truth of the allegations contained in said paragraph, and

17  on that basis denies the allegations contained therein.

18     20.   In response to Paragraph 20 of the Complaint, Defendant

19  is without sufficient knowledge or information to form a belief as

20  to the truth of the allegations contained in said paragraph, and

21  on that basis denies the allegations contained therein.

22     21.   In response to Paragraph 21 of the Complaint, Defendant

23  is without sufficient knowledge or information to form a belief as

24  to the truth of the allegations contained in said paragraph, and

25  on that basis denies the allegations contained therein.

26     22.   In response to Paragraph 22 of the Complaint, Defendant

27  is without sufficient knowledge or information to form a belief as

28  to the truth of the allegations contained in said paragraph, and

1  on that basis denies the allegations contained therein.

2      23.   In response to Paragraph 23 of the Complaint, Defendant
3  is without sufficient knowledge or information to form a belief as
4  to the truth of the allegations contained in said paragraph, and
5  on that basis denies the allegations contained therein.

6      24.   In response to Paragraph 24 of the Complaint, Defendant
7  is without sufficient knowledge or information to form a belief as
8  to the truth of the allegations contained in said paragraph, and
9  on that basis denies the allegations contained therein.

10     25.   In response to Paragraph 25 of the Complaint, Defendant
11 is without sufficient knowledge or information to form a belief as
12 to the truth of the allegations contained in said paragraph, and
13 on that basis denies the allegations contained therein.

14     26.   In response to Paragraph 26 of the Complaint, Defendant
15 is without sufficient knowledge or information to form a belief as
16 to the truth of the allegations contained in said paragraph, and
17 on that basis denies the allegations contained therein.

18     27.   In response to Paragraph 27 of the Complaint, Defendant
19 admits.

20     28.   In response to Paragraph 28 of the Complaint, Defendant
21 is without sufficient knowledge or information to form a belief as
22 to the truth of the allegations contained in said paragraph, and
23 on that basis denies the allegations contained therein.

24     29.   In response to Paragraph 29 of the Complaint, Defendant
25 admits.

26     30.   In response to Paragraph 30 of the Complaint, Defendant
27 is without sufficient knowledge or information to form a belief as
28 to the truth of the allegations contained in said paragraph, and

1  on that basis denies the allegations contained therein.

2      31.   In response to Paragraph 31 of the Complaint, Defendant

3  is without sufficient knowledge or information to form a belief as

4  to the truth of the allegations contained in said paragraph, and

5  on that basis denies the allegations contained therein.

6      32.   In response to Paragraph 32 of the Complaint, Defendant

7  is without sufficient knowledge or information to form a belief as

8  to the truth of the allegations contained in said paragraph, and

9  on that basis denies the allegations contained therein.

10     33.   In response to Paragraph 33 of the Complaint, Defendant

11 is without sufficient knowledge or information to form a belief as

12 to the truth of the allegations contained in said paragraph, and

13 on that basis denies the allegations contained therein.

14     34.   In response to Paragraph 34 of the Complaint, Defendant

15 is without sufficient knowledge or information to form a belief as

16 to the truth of the allegations contained in said paragraph, and

17 on that basis denies the allegations contained therein.

18     35.   In response to Paragraph 35 of the Complaint, Defendant

19 admits.

20     36.   In response to Paragraph 36 of the Complaint, Defendant

21 is without sufficient knowledge or information to form a belief as

22 to the truth of the allegations contained in said paragraph, and

23 on that basis denies the allegations contained therein.

24     37.   In response to Paragraph 37 of the Complaint, Defendant

25 admits.

26     38.   In response to Paragraph 38 of the Complaint, Defendant

27 admits.

28     39.   In response to Paragraph 39 of the Complaint, Defendant

1 admits.

2      40.   In response to Paragraph 40 of the Complaint, Defendant

3 is without sufficient knowledge or information to form a belief as

4 to the truth of the allegations contained in said paragraph, and

5 on that basis denies the allegations contained therein.

6      41.   In response to Paragraph 41 of the Complaint, Defendant

7 is without sufficient knowledge or information to form a belief as

8 to the truth of the allegations contained in said paragraph, and

9 on that basis denies the allegations contained therein.

10     42.   In response to Paragraph 42 of the Complaint, Defendant

11 is without sufficient knowledge or information to form a belief as

12 to the truth of the allegations contained in said paragraph, and

13 on that basis denies the allegations contained therein.

14     43.   In response to Paragraph 43 of the Complaint, Defendant

15 is without sufficient knowledge or information to form a belief as

16 to the truth of the allegations contained in said paragraph, and

17 on that basis denies the allegations contained therein.

18     44.   In response to Paragraph 44 of the Complaint, Defendant

19 admits that a Judgment was entered, but denies said Judgment was

20 entered on February 29, 2012.

21     45.   In response to Paragraph 45 of the Complaint, Defendant

22 is without sufficient knowledge or information to form a belief as

23 to the truth of the allegations contained in said paragraph, and

24 on that basis denies the allegations contained therein.

25     46.   In response to Paragraph 46 of the Complaint, Defendant

26 admits.

27     47.   In response to Paragraph 47 of the Complaint, Defendant

28 admits.

1    48.   In response to Paragraph 48 of the Complaint, Defendant

2  denies.

3    49.   In response to Paragraph 49 of the Complaint, Defendant

4  denies.

5    50.   In response to Paragraph 50 of the Complaint, Defendant

6  denies.

7    51.   In response to Paragraph 51 of the Complaint, Defendant

8  denies.

9    52.   In response to Paragraph 52 of the Complaint, Defendant

10  denies

11    53.   In response to Paragraph 53 of the Complaint, Defendant

12  denies.

13    54.   In response to Paragraph 54 of the Complaint, Defendant

14  denies.

15    55.   In response to Paragraph 55 of the Complaint, Defendant

16  denies.

17    56.   In response to Paragraph 56 of the Complaint, Defendant

18  denies.

19    57.   In response to Paragraph 57 of the Complaint, Defendant

20  denies.

21    58.   In response to Paragraph 58 of the Complaint, Defendant

22  denies.

23    59.   In response to Paragraph 59 of the Complaint, Defendant

24  denies.

25    60.   In response to Paragraph 60 of the Complaint, Defendant

26  denies.

27    61.   In response to Paragraph 61 of the Complaint, Defendant

28  states that the Exhibit speaks for itself.

62.   In response to Paragraph 62 of the Complaint, Defendant denies.

63.   In response to Paragraph 63 of the Complaint, Defendant denies.

64.   In response to Paragraph 64 of the Complaint, Defendant denies.

65.   In response to Paragraph 65 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

66.   In response to Paragraph 66 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

67.   In response to Paragraph 67 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

68.   In response to Paragraph 68 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

69.   In response to Paragraph 65 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

70.   In response to Paragraph 65 of the Complaint, Defendant admits, but denies the qualifier "purportedly".

71.  In response to Paragraph 71 of the Complaint, Defendant states that the document speaks for itself.

72.  In response to Paragraph 72 of the Complaint, Defendant states that the document speaks for itself.

73.  In response to Paragraph 73 of the Complaint, Defendant states that the document speaks for itself.

74.  In response to Paragraph 74 of the Complaint, Defendant states that the document speaks for itself.

75.  In response to Paragraph 75 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

76.  In response to Paragraph 76 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

77.  In response to Paragraph 65 of the Complaint, Defendant denies.

78.  In response to Paragraph 65 of the Complaint, Defendant denies.

79.  In response to Paragraph 79 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

80.  In response to Paragraph 80 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

81.  In response to Paragraph 81 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

82.  In response to Paragraph 82 of the Complaint, Defendant denies.

83.  In response to Paragraph 83 of the Complaint, Defendant denies.

## IV. FIRST CLAIM FOR RELIEF

84.  In response to Paragraph 84 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 83 of this Answer as through fully set forth herein.

85.  In response to Paragraph 85 of the Complaint, Defendant denies.

86.  In response to Paragraph 86 of the Complaint, Defendant denies.

87.  In response to Paragraph 87 of the Complaint, Defendant denies.

88.  In response to Paragraph 88 of the Complaint, Defendant denies.

89.  In response to Paragraph 89 of the Complaint, Defendant denies.

90.  In response to Paragraph 90 of the Complaint, Defendant denies.

91.  In response to Paragraph 91 of the Complaint, Defendant denies.

92.  In response to Paragraph 92 of the Complaint, Defendant denies.

93. In response to Paragraph 93 of the Complaint, Defendant denies.

94. In response to Paragraph 94 of the Complaint, Defendant denies.

95. In response to Paragraph 95 of the Complaint, Defendant denies.

## V. SECOND CLAIM FOR RELIEF

96. In response to Paragraph 96 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 95 of this Answer as through fully set forth herein.

97. In response to Paragraph 97 of the Complaint, Defendant denies.

98. In response to Paragraph 98 of the Complaint, Defendant denies.

99. In response to Paragraph 99 of the Complaint, Defendant denies.

100. In response to Paragraph 100 of the Complaint, Defendant denies.

101. In response to Paragraph 101 of the Complaint, Defendant denies.

102. In response to Paragraph 102 of the Complaint, Defendant denies.

103. In response to Paragraph 103 of the Complaint, Defendant denies.

## VI. THIRD CLAIM FOR RELIEF

104. In response to Paragraph 104 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 103 of this Answer as through fully set forth herein.

1    105. In response to Paragraph 105 of the Complaint, Defendant

2  denies.

3    106. In response to Paragraph 106 of the Complaint, Defendant

4  denies.

5    107. In response to Paragraph 107 of the Complaint, Defendant

6  denies.

7    108. In response to Paragraph 108 of the Complaint, Defendant

8  denies.

9    109. In response to Paragraph 109 of the Complaint, Defendant

10  denies.

11    110. In response to Paragraph 110 of the Complaint, Defendant

12  denies.

13    111. In response to Paragraph 111 of the Complaint, Defendant

14  denies.

15    112. In response to Paragraph 112 of the Complaint, Defendant

16  denies.

17    113. In response to Paragraph 113 of the Complaint, Defendant

18  denies.

19    114. In response to Paragraph 114 of the Complaint, Defendant

20  denies.

21              **VII. FOURTH CLAIM FOR RELIEF**

22    115. In response to Paragraph 115 of the Complaint, Defendant

23  incorporates by reference its responses to Paragraphs 1 through

24  114 of this Answer as through fully set forth herein.

25    116. In response to Paragraph 116 of the Complaint, Defendant

26  denies.

27    117. In response to Paragraph 117 of the Complaint, Defendant

28  denies.

118. In response to Paragraph 118 of the Complaint, Defendant denies.

119. In response to Paragraph 119 of the Complaint, Defendant denies.

120. In response to Paragraph 120 of the Complaint, Defendant denies.

121. In response to Paragraph 121 of the Complaint, Defendant denies.

122. In response to Paragraph 122 of the Complaint, Defendant denies.

123. In response to Paragraph 123 of the Complaint, Defendant denies.

124. In response to Paragraph 124 of the Complaint, Defendant denies.

125. In response to Paragraph 125 of the Complaint, Defendant denies.

126. In response to Paragraph 126 of the Complaint, Defendant denies.

## VIII. FIFTH CLAIM FOR RELIEF

127. In response to Paragraph 127 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 125 of this Answer as through fully set forth herein.

128. In response to Paragraph 128 of the Complaint, Defendant denies.

129. In response to Paragraph 129 of the Complaint, Defendant denies.

130. In response to Paragraph 130 of the Complaint, Defendant denies.

### IX. SIXTH CLAIM FOR RELIEF

131. In response to Paragraph 131 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 130 of this Answer as through fully set forth herein.

132. In response to Paragraph 132 of the Complaint, Defendant denies.

133. In response to Paragraph 133 of the Complaint, Defendant denies.

134. In response to Paragraph 134 of the Complaint, Defendant denies.

135. In response to Paragraph 135 of the Complaint, Defendant denies.

### X. SEVENTH CLAIM FOR RELIEF

136. In response to Paragraph 136 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 135 of this Answer as through fully set forth herein.

137. In response to Paragraph 137 of the Complaint, Defendant denies.

138. In response to Paragraph 138 of the Complaint, Defendant denies.

139. In response to Paragraph 139 of the Complaint, Defendant denies.

### XI. EIGHTH CLAIM FOR RELIEF

140. In response to Paragraph 140 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 139 of this Answer as through fully set forth herein.

141. In response to Paragraph 141 of the Complaint, Defendant denies.

1    142. In response to Paragraph 142 of the Complaint, Defendant

2 denies.

3    143. In response to Paragraph 143 of the Complaint, Defendant

4 denies.

5    144. In response to Paragraph 144 of the Complaint, Defendant

6 denies.

7    145. In response to Paragraph 145 of the Complaint, Defendant

8 denies.

9    146. In response to Paragraph 146 of the Complaint, Defendant

10 denies.

11                    **XII. NINTH CLAIM FOR RELIEF**

12    147. In response to Paragraph 147 of the Complaint, Defendant

13 incorporates by reference its responses to Paragraphs 1 through

14 146 of this Answer as through fully set forth herein.

15    148. In response to Paragraph 148 of the Complaint, Defendant

16 denies.

17    149. In response to Paragraph 149 of the Complaint, Defendant

18 denies.

19    150. In response to Paragraph 150 of the Complaint, Defendant

20 denies.

21    151. In response to Paragraph 151 of the Complaint, Defendant

22 denies.

23    152. In response to Paragraph 152 of the Complaint, Defendant

24 denies.

25    153. In response to Paragraph 153 of the Complaint, Defendant

26 denies.

27    154. In response to Paragraph 154 of the Complaint, Defendant

28 denies.

155. In response to Paragraph 155 of the Complaint, Defendant denies.

### XIII. TENTH CLAIM FOR RELIEF

156. In response to Paragraph 156 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 155 of this Answer as through fully set forth herein.

157. In response to Paragraph 157 of the Complaint, Defendant denies.

158. In response to Paragraph 158 of the Complaint, Defendant denies.

159. In response to Paragraph 159 of the Complaint, Defendant denies.

160. In response to Paragraph 160 of the Complaint, Defendant denies.

161. In response to Paragraph 161 of the Complaint, Defendant denies.

162. In response to Paragraph 162 of the Complaint, Defendant denies.

163. In response to Paragraph 163 of the Complaint, Defendant denies.

164. In response to Paragraph 164 of the Complaint, Defendant denies.

### XIV. ELEVENTH CLAIM FOR RELIEF

165. In response to Paragraph 165 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 164 of this Answer as through fully set forth herein.

166. In response to Paragraph 166 of the Complaint, Defendant denies.

1     167. In response to Paragraph 167 of the Complaint, Defendant

2 denies.

3     168. In response to Paragraph 168 of the Complaint, Defendant

4 denies.

5     169. In response to Paragraph 169 of the Complaint, Defendant

6 denies.

7     170. In response to Paragraph 170 of the Complaint, Defendant

8 denies.

9     171. In response to Paragraph 171 of the Complaint, Defendant

10 denies.

11    172. In response to Paragraph 172 of the Complaint, Defendant

12 denies.

13    173. In response to Paragraph 173 of the Complaint, Defendant

14 denies.

15                    **AFFIRMATIVE DEFENSES**

16         As Affirmative Defenses to the Complaint, Defendant

17 pleads as follows:

18              **FIRST AFFIRMATIVE DEFENSE**

19    The Complaint fails to allege sufficient facts to state a

20 viable cause of action under 11 U.S.C. § 523(a)(2)(A) or

21 523(a)(2)(B).

22             **SECOND AFFIRMATIVE DEFENSE**

23    The Complaint fails to allege sufficient facts to state a

24 viable cause of action under 11 U.S.C. § 523(a)(4).

25              **THIRD AFFIRMATIVE DEFENSE**

26    The Complaint fails to allege sufficient facts to state a

27 viable cause of action under 11 U.S.C. § 523(a)(6).

28 //

**FOURTH AFFIRMATIVE DEFENSE**

The Complaint fails to allege sufficient facts to state a viable cause of action under 11 U.S.C. § 727(a)(2).

**FIFTH AFFIRMATIVE DEFENSE**

The Complaint fails to allege sufficient facts to state a viable cause of action under 11 U.S.C. § 727(a)(3).

**SIXTH AFFIRMATIVE DEFENSE**

The Complaint fails to allege sufficient facts to state a viable cause of action under 11 U.S.C. § 727(a)(5).

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff does not have sufficient evidence to establish the required elements of the causes of action in the Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims, and each of them, are barred by the applicable statutes of limitations.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's damages, if any, were due to the actions or negligence of itself and its predecessors in interest and were not a result of the actions or omissions of Defendant.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff is estopped by its own conduct and that of its predecessors in interest to claim any fraudulent or willful and malicious conduct by Defendant.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff consented to all actions taken by Defendant, either explicitly or impliedly.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate its damages.

## THITEENTH AFFIRMATIVE DEFENSE

Plaintiff did not rely on any of the alleged representations made by Defendant in approving and funding the loans referred to hereinabove.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff did not rely on any Guaranty made by Defendant in approving and funding the loans referred to hereinabove.

## FIFTEENTH AFFIRMATIVE DEFENSE

The arbitrator in the state court action referred to hereinabove specifically found no fraud in the inducement of the loan agreement.

## SIXTEENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to grant the relief requested in Plaintiff's Eighth Claim for Relief.

## SEVENTEENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to grant the relief requested in Plaintiff's Ninth Claim for Relief.

## SEVENTEENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to grant the relief requested in Plaintiff's Tenth Claim for Relief.

## NINETEENTH AFFIRMATIVE DEFENSE

This claims of Plaintiff in its Eleventh Claim for Relief for negligent misrepresentation are dischargeable on their face.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to an award of punitive damages under a Complaint to Determine Dischargeability of Debt and Deny Discharge.

//

1

## TWENTY-FIRST AFFIRMATIVE DEFENSE

2   Plaintiff is not entitled to an award of attorneys' fees for

3 prosecution of a Complaint to Determine Dischargeability of Debt

4 and Deny Discharge.

5   **WHEREFORE,** Defendant prays that this Court deny the relief

6 requested by Plaintiff, that Plaintiff be awarded nothing on its

7 Complaint, that any obligation of Defendant be declared

8 dischargeable, that Defendant's discharge be entered, and that

9 Defendant be awarded her costs of suit, and for such other relief

10 as the Court deems proper.

11

12                                    WEINTRAUB & SELTH, APC

13 Dated: July 8 , 2015              By: _____
                                        Daniel J. Weintraub
14                                      James R. Selth
                                        Elaine V. Nguyen
15                                      Attorneys for Debtor and
                                        Defendant, ANNA DOROSHINA

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **ANSWER TO FIRST AMENDED COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF DEBT, OBJECTION TO DISCHARGE, ETC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 8, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd A. Frealy (TR)    taftrustee@lnbyb.com, tfrealy@ecf.epiqsystems.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On July 8, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
3420 Twelfth St.
Riverside, CA 92501

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 8, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

E-Mail to Jon R. Robertson, Robertson & Olsen, LLP: jrr@rolawfirm.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 8, 2015 | Erika Rappaport | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**