JON R. ROBERTSON, APC (SBN 134490)
Email: jrr@rolawfirm.com
WALTER M. CRANDALL (SBN 250976)
E-mail: wmc@rolawfirm.com
**ROBERTSON & OLSEN, LLP**
2 Park Plaza, Suite 730
Irvine, CA 92614
Tel: (714) 361-2111
Fax: (714) 361-2110

Attorneys for Defendant,
SERGE DOROSHIN

FILED
JUL 22 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

BY FAX

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ANNA DOROSHINA,<br><br>Debtor,<br><br>_____<br><br>CALIFORNIA BANK & TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA DOROSHINA and SERGE DOROSHIN,<br><br>Defendants. | Chapter 7<br><br>Bankruptcy No. 6:15-bk-12147-SY<br><br>Adversary No. 6:15-ap-01165-SY<br><br>**ANSWER TO FIRST AMENDED COMPLAINT IN ADVERSARY PROCEEDING**<br><br>Status Conference:<br><br>Date:  September 3, 2015<br>Time:  9:30 a.m.<br>Place: Courtroom 302 |

Defendant, SERGE DOROSHIN ("Defendant"), by his undersigned counsel, answers the First Amended Complaint ("Complaint") of Plaintiff, CALIFORNIA BANK & TRUST ("Plaintiff"), by stating as follows:

1.  Defendant admits the allegations of Paragraph 1 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

1

2. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

3. Defendant denies the allegations in Paragraph 3 of the Complaint.

4. Defendant denies the allegations in Paragraph 4 of the Complaint.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint, and on that basis denies the allegations contained therein.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint, and on that basis denies the allegations contained therein.

7. Defendant, in response to Paragraph 7 of the Complaint, admits that Anna Doroshina has resided in Riverside County since on or about May, 2014.

8. Defendant, in response to Paragraph 8 of the Complaint, admits that Serge Doroshin has resided in Riverside County since on or about May, 2014.

9. Defendant admits the allegations of Paragraph 9 of the Complaint.

10. Defendant admits the allegations of Paragraph 10 of the Complaint.

11. Defendant denies the allegations of Paragraph 11 of the Complaint.

12. Defendant, in response to Paragraph 12 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

13. Defendant admits the allegations of Paragraph 13 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

14. Defendant, in response to Paragraph 14 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

15. Defendant, in response to Paragraph 15 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

16. Defendant, in response to Paragraph 16 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

17. Defendant, in response to Paragraph 17 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

18. Defendant admits the allegations of Paragraph 18 of the Complaint.

19. Defendant admits the allegations of Paragraph 19 of the Complaint.

20. Defendant admits the allegations of Paragraph 20 of the Complaint.

21. Defendant, in response to Paragraph 21 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

22. Defendant admits the allegations of Paragraph 22 of the Complaint.

23. Defendant, in response to Paragraph 23 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

24. Defendant, in response to Paragraph 24 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

25. Defendant, in response to Paragraph 25 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

26. Defendant, in response to Paragraph 26 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

27. Defendant admits the allegations of Paragraph 27 of the Complaint.

28. Defendant, in response to Paragraph 28 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

29. Defendant, in response to Paragraph 29 of the Complaint, admits.

30. Defendant, in response to Paragraph 30 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

31. Defendant, in response to Paragraph 31 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

32. Defendant admits the allegations of Paragraph 32 of the Complaint.

33. Defendant admits the allegations of Paragraph 33 of the Complaint.

34. Defendant admits the allegations of Paragraph 34 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

35. Defendant admits the allegations of Paragraph 35 of the Complaint

36. Defendant, in response to Paragraph 36 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

37. Defendant admits the allegations of Paragraph 37 of the Complaint.

38. Defendant admits the allegations of Paragraph 38 of the Complaint.

39. Defendant admits the allegations of Paragraph 39 of the Complaint.

40. Defendant, in response to Paragraph 40 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

41. Defendant, in response to Paragraph 41 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

42. Defendant admits the allegations of Paragraph 42 of the Complaint.

43. Defendant admits the allegations of Paragraph 43 of the Complaint.

44. Defendant, in response to Paragraph 44 of the Complaint, admits that a Judgment was entered, but denies said Judgment was entered on February 29, 2012.

45. Defendant, in response to Paragraph 45 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

46. Defendant admits the allegations of Paragraph 46 of the Complaint.

47. Defendant admits the allegations of Paragraph 47 of the Complaint.

48. Defendant denies the allegations of Paragraph 48 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

49. Defendant denies the allegations of Paragraph 49 of the Complaint.

50. Defendant denies the allegations of Paragraph 50 of the Complaint.

51. Defendant denies the allegations of Paragraph 51 of the Complaint.

52. Defendant denies the allegations of Paragraph 52 of the Complaint.

53. Defendant denies the allegations of Paragraph 53 of the Complaint.

54. Defendant denies the allegations of Paragraph 54 of the Complaint.

55. Defendant denies the allegations of Paragraph 55 of the Complaint.

56. Defendant denies the allegations of Paragraph 56 of the Complaint.

57. Defendant denies the allegations of Paragraph 57 of the Complaint.

58. Defendant denies the allegations of Paragraph 58 of the Complaint.

59. Defendant denies the allegations of Paragraph 59 of the Complaint.

60. Defendant denies the allegations of Paragraph 60 of the Complaint.

61. Defendant, in response to Paragraph 61 of the Complaint, states that the Exhibit speaks for itself.

62. Defendant denies the allegations of Paragraph 62 of the Complaint.

63. Defendant denies the allegations of Paragraph 63 of the Complaint.

64. Defendant denies the allegations of Paragraph 64 of the Complaint.

65. Defendant, in response to Paragraph 65 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

66. Defendant, in response to Paragraph 66 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

6

67. Defendant, in response to Paragraph 67 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

68. Defendant, in response to Paragraph 68 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

69. Defendant, in response to Paragraph 65 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

70. Defendant, in response to Paragraph 65 of the Complaint, admits, but denies the qualifier "purportedly".

71. Defendant, in response to Paragraph 71 of the Complaint, states that the document speaks for itself.

72. Defendant, in response to Paragraph 72 of the Complaint, states that the document speaks for itself.

73. Defendant, in response to Paragraph 73 of the Complaint, states that the document speaks for itself.

74. Defendant, in response to Paragraph 74 of the Complaint, states that the document speaks for itself.

75. Defendant, in response to Paragraph 75 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

ANSWER TO FIRST AMENDED COMPLAINT

7

76. Defendant, in response to Paragraph 76 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

77. Defendant denies the allegations of Paragraph 77 of the Complaint.

78. Defendant denies the allegations of Paragraph 78 of the Complaint.

79. Defendant, in response to Paragraph 79 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

80. Defendant, in response to Paragraph 80 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

81. Defendant, in response to Paragraph 81 of the Complaint, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

82. Defendant denies the allegations of Paragraph 82 of the Complaint.

83. Defendant denies the allegations of Paragraph 83 of the Complaint.

84. Defendant, in response to Paragraph 84 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 83 of this Answer as through fully set forth herein.

85. Defendant denies the allegations of Paragraph 85 of the Complaint.

86. Defendant denies the allegations of Paragraph 86 of the Complaint.

87. Defendant denies the allegations of Paragraph 87 of the Complaint.

88. Defendant denies the allegations of Paragraph 88 of the Complaint.

89. Defendant denies the allegations of Paragraph 89 of the Complaint.

90. Defendant denies the allegations of Paragraph 90 of the Complaint.

91. Defendant denies the allegations of Paragraph 91 of the Complaint.

92. Defendant denies the allegations of Paragraph 92 of the Complaint.

93. Defendant denies the allegations of Paragraph 93 of the Complaint.

94. Defendant denies the allegations of Paragraph 94 of the Complaint.

95. Defendant denies the allegations of Paragraph 95 of the Complaint.

96. Defendant, in response to Paragraph 96 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 95 of this Answer as through fully set forth herein.

97. Defendant denies the allegations of Paragraph 97 of the Complaint.

98. Defendant denies the allegations of Paragraph 98 of the Complaint.

99. Defendant denies the allegations of Paragraph 99 of the Complaint.

100. Defendant denies the allegations of Paragraph 100 of the Complaint.

101. Defendant denies the allegations of Paragraph 101 of the Complaint.

102. Defendant denies the allegations of Paragraph 102 of the Complaint.

103. Defendant denies the allegations of Paragraph 103 of the Complaint.

104. Defendant, in response to Paragraph 104 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 103 of this Answer as through fully set forth herein.

105. Defendant denies the allegations of Paragraph 105 of the Complaint.

106. Defendant denies the allegations of Paragraph 106 of the Complaint.

107. Defendant denies the allegations of Paragraph 107 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

108. Defendant denies the allegations of Paragraph 108 of the Complaint.

109. Defendant denies the allegations of Paragraph 109 of the Complaint.

110. Defendant denies the allegations of Paragraph 110 of the Complaint.

111. Defendant denies the allegations of Paragraph 111 of the Complaint.

112. Defendant denies the allegations of Paragraph 112 of the Complaint.

113. Defendant denies the allegations of Paragraph 113 of the Complaint.

114. Defendant denies the allegations of Paragraph 114 of the Complaint.

115. Defendant, in response to Paragraph 115 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 114 of this Answer as through fully set forth herein.

116. Defendant denies the allegations of Paragraph 116 of the Complaint.

117. Defendant denies the allegations of Paragraph 117 of the Complaint.

118. Defendant denies the allegations of Paragraph 118 of the Complaint.

119. Defendant denies the allegations of Paragraph 119 of the Complaint.

120. Defendant denies the allegations of Paragraph 120 of the Complaint.

121. Defendant denies the allegations of Paragraph 121 of the Complaint.

122. Defendant denies the allegations of Paragraph 122 of the Complaint.

123. Defendant denies the allegations of Paragraph 123 of the Complaint.

124. Defendant denies the allegations of Paragraph 124 of the Complaint.

125. Defendant denies the allegations of Paragraph 125 of the Complaint.

126. Defendant denies the allegations of Paragraph 126 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

127. Defendant, in response to Paragraph 127 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 125 of this Answer as through fully set forth herein.

128. Defendant denies the allegations of Paragraph 128 of the Complaint.

129. Defendant denies the allegations of Paragraph 129 of the Complaint.

130. Defendant denies the allegations of Paragraph 130 of the Complaint.

131. Defendant, in response to Paragraph 131 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 130 of this Answer as through fully set forth herein.

132. Defendant denies the allegations of Paragraph 132 of the Complaint.

133. Defendant denies the allegations of Paragraph 133 of the Complaint.

134. Defendant denies the allegations of Paragraph 134 of the Complaint.

135. Defendant denies the allegations of Paragraph 135 of the Complaint.

136. Defendant, in response to Paragraph 136 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 135 of this Answer as through fully set forth herein.

137. Defendant denies the allegations of Paragraph 136 of the Complaint.

138. Defendant denies the allegations of Paragraph 137 of the Complaint.

139. Defendant denies the allegations of Paragraph 138 of the Complaint.

140. Defendant, in response to Paragraph 140 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 139 of this Answer as through fully set forth herein.

141. Defendant denies the allegations of Paragraph 141 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

142. Defendant denies the allegations of Paragraph 142 of the Complaint.

143. Defendant denies the allegations of Paragraph 143 of the Complaint.

144. Defendant denies the allegations of Paragraph 144 of the Complaint.

145. Defendant denies the allegations of Paragraph 145 of the Complaint.

146. Defendant denies the allegations of Paragraph 146 of the Complaint.

147. Defendant, in response to Paragraph 147 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 146 of this Answer as through fully set forth herein.

148. Defendant denies the allegations of Paragraph 148 of the Complaint.

149. Defendant denies the allegations of Paragraph 149 of the Complaint.

150. Defendant denies the allegations of Paragraph 150 of the Complaint.

151. Defendant denies the allegations of Paragraph 151 of the Complaint.

152. Defendant denies the allegations of Paragraph 152 of the Complaint.

153. Defendant denies the allegations of Paragraph 153 of the Complaint.

154. Defendant denies the allegations of Paragraph 154 of the Complaint.

155. Defendant denies the allegations of Paragraph 155 of the Complaint.

156. Defendant, in response to Paragraph 156 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 155 of this Answer as through fully set forth herein.

157. Defendant denies the allegations of Paragraph 157 of the Complaint.

158. Defendant denies the allegations of Paragraph 158 of the Complaint.

159. Defendant denies the allegations of Paragraph 159 of the Complaint.

160. Defendant denies the allegations of Paragraph 160 of the Complaint.

ANSWER TO FIRST AMENDED COMPLAINT

161. Defendant denies the allegations of Paragraph 161 of the Complaint.

162. Defendant denies the allegations of Paragraph 162 of the Complaint.

163. Defendant denies the allegations of Paragraph 163 of the Complaint.

164. Defendant denies the allegations of Paragraph 164 of the Complaint.

165. Defendant, in response to Paragraph 165 of the Complaint, incorporates by reference its responses to Paragraphs 1 through 164 of this Answer as through fully set forth herein.

166. Defendant denies the allegations of Paragraph 166 of the Complaint.

167. Defendant denies the allegations of Paragraph 167 of the Complaint.

168. Defendant denies the allegations of Paragraph 168 of the Complaint.

169. Defendant denies the allegations of Paragraph 169 of the Complaint.

170. Defendant denies the allegations of Paragraph 170 of the Complaint.

171. Defendant denies the allegations of Paragraph 171 of the Complaint.

172. Defendant denies the allegations of Paragraph 172 of the Complaint.

173. Defendant denies the allegations of Paragraph 173 of the Complaint.

## AFFIRMATIVE DEFENSES

Defendant pleads the following Affirmative Defenses to the Complaint:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state (global) sufficient facts to state a viable cause of action under 11 U.S.C. § 523(a)(2)(A) or 523(a)(2)(B).

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state (global)sufficient facts to state a viable cause of action under 11 U.S.C. § 523(a)(4).

ANSWER TO FIRST AMENDED COMPLAINT

### THIRD AFFIRMATIVE DEFENSE

The Complaint fails to state (global)sufficient facts to state a viable cause of action under 11 U.S.C. § 523(a)(6).

### FOURTH AFFIRMATIVE DEFENSE

The Complaint fails to state (global)sufficient facts to state a viable cause of action under 11 U.S.C. § 727(a)(2).

### FIFTH AFFIRMATIVE DEFENSE

The Complaint fails to state (global)sufficient facts to state a viable cause of action under 11 U.S.C. § 727(a)(3).

### SIXTH AFFIRMATIVE DEFENSE

The Complaint fails to state (global) sufficient facts to state a viable cause of action under 11 U.S.C. § 727(a)(5).

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff does not have sufficient evidence to establish the required elements of the causes of action in the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims, and each of them, are barred by the applicable statutes of limitations.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were due to the actions or negligence of itself and its predecessors in interest and were not a result of the actions or omissions of Defendant.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff is estopped by its own conduct and that of its predecessors in interest to claim any fraudulent or willful and malicious conduct by Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff consented to all actions taken by Defendant, either explicitly or impliedly.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate its damages.

### THITEENTH AFFIRMATIVE DEFENSE

Plaintiff did not rely on any of the alleged representations made by Defendant in approving and funding the loans referred to hereinabove.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff did not rely on any Guaranty made by Defendant in approving and funding the loans referred to hereinabove.

### FIFTEENTH AFFIRMATIVE DEFENSE

The arbitrator in the state court action referred to hereinabove specifically found no fraud in the inducement of the loan agreement.

### SIXTEENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to grant the relief requested in Plaintiff's Eighth Claim for Relief.

### SEVENTEENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to grant the relief requested in Plaintiff's Ninth Claim for Relief.

### SEVENTEENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to grant the relief requested in Plaintiff's Tenth Claim for Relief.

ANSWER TO FIRST AMENDED COMPLAINT

### NINETEENTH AFFIRMATIVE DEFENSE

This claims of Plaintiff in its Eleventh Claim for Relief for negligent misrepresentation are dischargeable on their face.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to an award of punitive damages under a Complaint to Determine Dischargeability of Debt and Deny Discharge.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff is not entitled to an award of attorneys' fees for prosecution of a Complaint to Determine Dischargeability of Debt and Deny Discharge.

**WHEREFORE**, Defendant prays that:

1.) this Court deny the relief requested by Plaintiff;

2.) that Plaintiff be awarded nothing on its Complaint;

3.) that any obligation of Defendant be declared dischargeable;

4.) that Defendant's discharge be entered;

5.) that Defendant be awarded his attorneys' fees and costs of suit;

6.) and for such other relief as the Court deems proper

Dated: July ___, 2015

By: _____
ROBERTSON & OLSEN, LLP
Jon R. Robertson, APC
Walter M. Crandall, Esq.
Attorneys for SERGE DOROSHIN, an individual

ANSWER TO FIRST AMENDED COMPLAINT

16

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2 Park Plaza, Suite 730; Irvine, CA 92614

A true and correct copy of the foregoing document entitled (specify): _____
ANSWER TO FIRST AMENDED COMPLAINT IN ADVERSARY PROCEEDING
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 07/22/2015_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Todd A. Frealy (TR) taftrustee@lnbyb.com
  Anthony J. Napolitano anapolitano@buchalter.com
  United States Trustee (R) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) 07/22/2015_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James R. Selth                              Anthony J. Napolitano & Barry A. Smith
Weintraub & Selth APC                       BUCHALTER NEMER, P.C.
11766 Wilshire Blvd, Ste 1170               1000 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025                       Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/22/2015 | Marianne Moore | /s/ Marianne Moore |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-3.1.PROOF.SERVICE