BARRY A. SMITH (SBN: 48697)
bsmith@buchalter.com
ANTHONY J. NAPOLITANO (SBN 227691)
anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile:  (213) 896-0400

Attorneys for Plaintiff
CALIFORNIA BANK & TRUST

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ANNA DOROSHINA,<br><br>Debtor. | Case No. 6:15-bk-12147-SY<br><br>Chapter 7 |
| CALIFORNIA BANK & TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ANNA DOROSHINA and<br>SERGE DOROSHIN<br><br>Defendants. | Adversary No. 6:15-ap-01165-SY<br><br>**STIPULATION EXTENDING DEADLINE FOR DISCOVERY CUTOFF AND CONTINUING STATUS CONFERENCE**<br><br>**Current Status Conference:**<br>Date:    March 24, 2016<br>Time:    9:30 a.m.<br><br>**Continued Status Conference:**<br>Date:    June 16, 2016<br>Time:    9:30 a.m.<br>Place:   Courtroom 302<br>         United States Bankruptcy Court<br>         3420 Twelfth Street<br>         Riverside, California 92501 |

California Bank & Trust, the plaintiff in the above-captioned adversary proceeding (the "Plaintiff"), Anna Doroshina, the Debtor ("Debtor") and Serge Doroshin, an individual defendant in the above-captioned adversary proceeding ("Doroshin"), by and through their respective counsel, hereby enter into the following stipulation:

1. On December 15, 2015, Plaintiff, Debtor and Doroshin completed the Court ordered mediation before the Honorable John E. Ryan (ret.).

2. Although the case did not settle, the parties are meeting and conferring on a possible Federal Rule of Civil Procedure 12(c) motion, to be filed by Doroshin, as to whether the causes of action against him are non-core proceedings and should be dismissed.

3. To effectuate this meet and confer process, the parties request that the deadline for the discovery cutoff in this case be continued from February 29, 2016 until June 30, 2016, to allow the parties to have this Rule 12(c) motion heard before the discovery cutoff.

4. Now, therefore, based on the foregoing, the Plaintiff, Debtor and Doroshin hereby stipulate and agree as follows:

5. The deadline for the discovery cutoff in this case shall be continued from February 29, 2016 until, and including, June 30, 2016. The status conference shall be continued from March 24, 2016 at 9:30 a.m. to June 16, 2016 at 9:30 a.m. in the above-captioned court.

6. The Plaintiff, Debtor and Doroshin consent to entry of an order approving this Stipulation.

DATED: December 23, 2015    BUCHALTER NEMER, P.C.

By:    /s/ Anthony J. Napolitano
       ANTHONY J. NAPOLITANO
Attorneys for Plaintiff
CALIFORNIA BANK & TRUST

DATED: December 23, 2015    ROBERTSON & OLSEN, LLP

By:    
       JON R. ROBERTSON, APC
Attorneys for Defendant
SERGE DOROSHIN

DATED: December 23, 2015    WEINTRAUB & SELTH, APC

By:    
       James R. Selth
Attorneys for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION EXTENDING DEADLINE FOR DISCOVERY CUTOFF AND CONTINUING STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 23, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- U.S. TRUSTEE - Todd A. Frealy (TR)    taftrustee@lnbyb.com, tfrealy@ecf.epiqsystems.com
- CALIFORNIA BANK & TRUST - Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- DEFENDANT'S COUNSEL - James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 23, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant**
Serge Doroshin
420 W. Chino Dr.
Palm Springs, CA 92262

**Defendant**
Anna Doroshina
420 W. Chino Dr.
Palm Springs, CA 92262

**Honorable Scott H. Yun**
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

Jon R Robertson
Robertson & Olsen LLP
2 Park Plaza
Suite 730
Irvine, CA 92614

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 23, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/23/2015 | SANDRA I. ALARCON | /s/ SANDRA I. ALARCON |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**