```
 1  BARRY A. SMITH (SBN: 51623)
       bsmith@buchalter.com
 2  ANTHONY J. NAPOLITANO (SBN: 227691)
       anapolitano@buchalter.com
 3  BUCHALTER NEMER
    A Professional Corporation
 4  1000 Wilshire Boulevard, Suite 1500
    Los Angeles, CA  90017-2457
 5  Telephone: (213) 891-0700
    Facsimile: (213) 896-0400
 6
    Attorneys for Plaintiff
 7  ZB, N.A. DBA CALIFORNIA BANK & TRUST
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ANNA DOROSHINA,<br><br>   Debtors.<br><br>ZB, N.A. dba CALIFORNIA BANK & TRUST,<br><br>   Plaintiff,<br><br>vs.<br><br>ANNA DOROSHINA and SERGE DOROSHIN,<br><br>   Defendants. | Case No. 6:15-bk-12147-SY<br><br>Chapter 7<br><br>Adv. Proc. No. 6:15-ap-01165-SY<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

Exhibit A

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES IN INTEREST AND THEIR COUNSEL OF RECORD:

ZB, N.A. dba California Bank & Trust ("CB&T"), on the one hand, and defendants Anna Doroshina and Serge Doroshin (collectively, the "Defendants"), on the other hand, enter into this *Stipulation for Entry of Judgment* as follows:

A. On March 5, 2015, Anna Doroshina filed a voluntary Chapter 7 bankruptcy petition commencing the above-captioned bankruptcy case.

B. On June 6, 2015, CB&T timely filed its Complaint, and thereafter its First Amended Complaint, against the Defendants thereby commencing the above-captioned adversary proceeding alleging claims against Anna Doroshina for non-dischargeability and denial of discharge and under 11 U.S.C. §§ 523 and 727, respectively, and seeking to rescind certain settlement agreements executed by the Defendants in connection with prior state court litigation, and a prior Transmutation Agreement executed by the Defendants.

C. CB&T and the Defendants have resolved their disputes pursuant to that certain Settlement Agreement and Mutual Release effective as of December 5, 2016 (the "Settlement Agreement") and this Stipulation for Entry of Judgment.

D. Under the Settlement Agreement, the Defendants shall pay to CB&T the total sum of $60,000.00 (the "Settlement Obligation") pursuant to the schedule of payments set forth in the Settlement Agreement.

E. If the Defendants fail to make a Settlement Payment (as defined in the Settlement Agreement) by the deadlines set forth in the Settlement Agreement, CB&T shall send a notice of default and a demand for cure (the "Default Notice") to the Defendants by overnight mail to their address as set forth in the Settlement Agreement. If the Defendants fail to cure such default within ten business days from the date of the mailing of the Default Notice (and CB&T has not otherwise accepted payment (whether timely or not) in the amount necessary to cure the default, such acceptance being deemed to cure said default), then the Defendants consent and agree that CB&T may file (or lodge) with the Court the Stipulated Judgment. CB&T will credit any amounts actually received under the Settlement Agreement to reduce the amount of the Judgment.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 21463159v5

2

STIPULATION FOR ENTRY OF JUDGMENT

Exhibit A

Based upon the foregoing, and as required under the Settlement Agreement, CB&T, Anna Doroshina and Serge Doroshin hereby stipulate and agree that:

1. If the Defendants fail to cure any default of a Settlement Payment under the Settlement Agreement within 10 business days from the date of the Default Notice (and CB&T has not otherwise accepted payment (whether timely or not) in the amount necessary to cure the default, such acceptance being deemed to cure said default), the Stipulated Judgment in the form attached hereto as Exhibit 1 may be entered by the Court pursuant to this Stipulation for Entry of Judgment.

2. The amount of the Stipulated Judgment shall be established by a declaration of CB&T's counsel setting forth the total of (i) payments made pursuant to the Settlement Agreement, which are to be credited against the judgment amount, and (ii) reasonable attorney's fees and costs incurred by CB&T in enforcing the Settlement Agreement.

3. The Stipulated Judgment shall be non-dischargeable as to Anna Doroshina pursuant to 11 U.S.C. § 523(a)(2).

4. CB&T agrees not to file (or lodge) the Stipulated Judgment unless and until the Defendants fail to cure any default as set forth in a Default Notice with CB&T reserving the right to refuse to accept any attempted tender of payment made after the time specified in the Default Notice.

5. The Defendants waive any right to appeal from this Stipulation for Entry of Judgment or the Stipulated Judgment (if entered); provided, however, that Anna Doroshina or Serge Doroshin may challenge the Stipulated Judgment in either this Court or on appeal if either party contends that (1) the Settlement Payments (as defined in the Settlement Agreement) made have not been credited towards the judgment, or (2) CB&T's fees and costs incurred in enforcing the Settlement Agreement are not reasonable.

6. The Court shall retain jurisdiction over this adversary proceeding to enforce the terms of the Settlement Agreement and to enter Judgment against the Defendants notwithstanding that the adversary proceeding may be dismissed or closed. The Defendants waive any right to

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 21463159v5

3

STIPULATION FOR ENTRY OF JUDGMENT

Exhibit A

1  object to the entry of the Stipulated Judgment following dismissal, if any, of this adversary
2  proceeding, or to reopen this adversary proceeding, if dismissed.

3  DATED: December 5, 2016          ZB, N.A. dba CALIFORNIA BANK & TRUST

4
5                                   By: _____
                                    Name: Cheri S. George
6                                   Its: Sr. Vice President
7

8  DATED: December 5, 2016          ANNA DOROSHINA
9
10                                  By: _____
                                    Name: Anna Doroshina
11

12 DATED: December 5, 2016          SERGE DOROSHIN
13
14                                  By: _____
                                    Name: Serge Doroshin

   APPROVED AS TO FORM:
15
16 DATED: December 5, 2016          BUCHALTER NEMER,
                                    A Professional Corporation
17
                                    By: _____
18                                       Anthony J. Napolitano
                                    Attorneys for Plaintiff
19                                  ZB, N.A. D/B/A CALIFORNIA BANK & TRUST

20 DATED: December 5, 2016          WEINTRAUB & SELTH APC

21
                                    By: _____
22                                       James Selth
                                    Attorneys for Defendant
23                                  ANNA DOROSHINA

24 DATED: December 5, 2016          TECHNOLOGY LITIGATION CENTER, APC

25
                                    By: _____
26                                       Michael Adele, Esq.
                                    Attorneys for Defendant
27                                  SERGE DOROSHIN
28

BN 21463159v5                       4
                              STIPULATION FOR ENTRY OF JUDGMENT

Exhibit A

# EXHIBIT 1

1  BARRY A. SMITH (SBN: 51623)
     bsmith@buchalter.com
2  ANTHONY J. NAPOLITANO (SBN: 227691)
     anapolitano@buchalter.com
3  BUCHALTER NEMER
   A Professional Corporation
4  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-2457
5  Telephone: (213) 891-0700
   Facsimile: (213) 896-0400

6

7  Attorneys for Plaintiff
   ZB, N.A. DBA CALIFORNIA BANK & TRUST

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:15-bk-12147-SY |
| ANNA DOROSHINA, | Chapter 7 |
| Debtors. | Adv. Proc. No. 6:15-ap-01165-SY |
| ZB, N.A. dba CALIFORNIA BANK & TRUST, | **STIPULATED JUDGMENT** |
| Plaintiff, | |
| vs. | |
| ANNA DOROSHINA and SERGE DOROSHIN, | |
| Defendants. | |

Based on the Stipulation for Entry of Judgment and the declaration of counsel for ZB, N.A. dba California Bank & Trust ("CB&T"), regarding, among other things, (i) payments made for which defendants Anna Doroshina and Serge Doroshin (collectively, the "Defendants") are entitled to credit, and (ii) reasonable attorneys' fees and costs incurred by CB&T in enforcing the Settlement Agreement and Mutual Release effective as of December 5, 2016 (the "Settlement Agreement"), and good cause appearing therefor

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

(a) judgment be entered in favor of CB&T and against the Defendants, in the amount of $_____, (*i.e.*, $60,000 less payments on the Settlement Agreement, plus legal fees incurred in enforcing the Settlement Agreement, if any, incurred after the effective date of the Settlement Agreement), plus interest accruing thereon at the applicable federal judgment rate of _____% per annum;

(b) the judgment shall be nondischargeable under 11 U.S.C. § 523(a)(2) as to Anna Doroshina; and

(c) the judgment shall be entered and may be executed upon immediately following its entry.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 21463156v3

2

STIPULATED JUDGMENT

Exhibit 1, Page 000007

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR ENTRY OF JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 14, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- DEFENDANT'S COUNSEL - Michael R Adele    techlitcenter@yahoo.com, kadele@wgllp.com
- U.S. TRUSTEE - Todd A. Frealy (TR)    taftrustee@lnbyb.com, tfrealy@ecf.epiqsystems.com
- CALIFORNIA BANK & TRUST - Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- DEFENDANT'S COUNSEL - James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 14, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant**
Serge Doroshin
420 W. Chino Dr.
Palm Springs, CA 92262

**Honorable Scott H. Yun**
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

**Defendant**
Anna Doroshina
420 W. Chino Dr.
Palm Springs, CA 92262

Jon R Robertson
Robertson & Olsen LLP
2 Park Plaza
Suite 730
Irvine, CA 92614

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 14, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/14/2017    SANDRA I. ALARCON | /s/ SANDRA I. ALARCON |
|---|---|
| Date    Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**