BARRY A. SMITH (SBN: 51623)
bsmith@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff
ZB, N.A. DBA CALIFORNIA BANK & TRUST

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ANNA DOROSHINA,<br><br>Debtors. | Case No. 6:15-bk-12147-SY<br><br>Chapter 7<br><br>Adv. Proc. No. 6:15-ap-01165-SY |
| ZB, N.A. dba CALIFORNIA BANK & TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA DOROSHINA and SERGE DOROSHIN,<br><br>Defendants. | **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES IN INTEREST AND THEIR COUNSEL OF RECORD:**

Plaintiff Zions Bancorporation, N.A. dba California Bank & Trust ("CB&T"), on the one hand, and defendants Anna Doroshina and Serge Doroshin (collectively, the "Defendants"), on the other hand, enter into this *Stipulation for Dismissal of the Adversary Proceeding* (the "Stipulation") as follows:

A. On March 5, 2015, Anna Doroshina filed a voluntary Chapter 7 bankruptcy petition commencing the above-captioned bankruptcy case.

B. On June 6, 2015, CB&T timely filed its Complaint [Adv. Docket No. 1] and thereafter its First Amended Complaint [Adv. Docket No. 4] against the Defendants alleging claims against Anna Doroshina for non-dischargeability and denial of discharge and under 11 U.S.C. §§ 523 and 727, respectively, and seeking to rescind certain settlement agreements executed by the Defendants in connection with prior state court litigation, and a prior Transmutation Agreement executed by the Defendants.

C. Anna Doroshina filed her answer to the First Amended Complaint on July 8, 2015. Serge Doroshin filed his answer to the First Amended Complaint on July 22, 2015.

D. Thereafter, CB&T and the Defendants resolved their disputes as set forth in the Settlement Agreement and Mutual Release effective as of December 5, 2016 (the "Settlement Agreement") and corresponding *Stipulation for Entry of Judgment* [Adv. Docket No. 38 as superseded by Adv. Docket No. 41] (the "Settlement Stipulation").

E. The Defendants completed their obligations under the Settlement Agreement.

F. In connection with the approval of the Settlement Stipulation, counsel for Anna Doroshina filed her *Notice of Stipulation to Dismiss Complaint Objecting to Debtor's Discharge and Opportunity to Intervene as Plaintiff* [Adv. Docket No. 39] providing the requisite notice to all parties in interest in accordance with Rule 7041 of the Federal Rules of Bankruptcy Procedure.

G. No party objected to the dismissal of CB&T's claims under 11 U.S.C. § 727. On February 28, 2017, this Court entered its *Order Approving Stipulation for Entry of Judgment* [Adv. Docket No. 43] thereby approving the Settlement Stipulation and dismissing CB&T's claims for relief under 11 U.S.C. § 727.

**NOW, THEREFORE**, CB&T, by and through its counsel of record, and the Defendants, by and through their counsel of record, hereby stipulate and agree as follows.

## STIPULATION

1. Based upon the foregoing, CB&T and the Defendants hereby stipulate and agree that all of CB&T's remaining claims in the First Amended Complaint are hereby dismissed with

prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure);

2. Each individual whose signature appears below represents and warrants that he or she is authorized to enter into the instant Stipulation on behalf of his or her respective clients;

3. This Stipulation may be executed in facsimile or electronic counterparts and shall be deemed complete and effective as if it were executed as one original document; and

4. The Parties consent to the entry of an order approving this Stipulation by the Bankruptcy Court.

DATED: January 15, 2019

BUCHALTER, A Professional Corporation

By: /s/ Anthony J. Napolitano
Anthony J. Napolitano

Attorneys for Plaintiff
ZIONS BANCORPORATION, N.A. D/B/A CALIFORNIA BANK & TRUST

DATED: January 15, 2019

WEINTRAUB & SELTH APC

By: [signature]
James Selth

Attorneys for Defendant
ANNA DOROSHINA

DATED: January 15, 2019

TECHNOLOGY LITIGATION CENTER, APC

By: [signature]
Michael Adele, Esq.

Attorneys for Defendant
SERGE DOROSHIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 16, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- DEFENDANT'S COUNSEL - Michael R Adele    techlitcenter@yahoo.com, kadele@wgllp.com
- U.S. TRUSTEE - Todd A. Frealy (TR)    taftrustee@lnbyb.com, tfrealy@ecf.epiqsystems.com
- CALIFORNIA BANK & TRUST - Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- DEFENDANT'S COUNSEL - James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 16, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant**
Serge Doroshin
420 W. Chino Dr.
Palm Springs, CA 92262

**Defendant**
Anna Doroshina
420 W. Chino Dr.
Palm Springs, CA 92262

**Honorable Scott H. Yun**
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

Jon R Robertson
Robertson & Olsen LLP
2 Park Plaza
Suite 730
Irvine, CA 92614

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 16, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/16/2019 | SANDRA I. ALARCON | /s/ SANDRA I. ALARCON |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*           **F 9013-3.1.PROOF.SERVICE**