BARRY A. SMITH (SBN: 51623)
bsmith@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff
ZB, N.A. dba CALIFORNIA BANK & TRUST

**FILED & ENTERED**

**JAN 23 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ANNA DOROSHINA,<br><br>Debtors.<br><br>―――――――――――――――<br><br>CALIFORNIA BANK & TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA DOROSHINA and<br>SERGE DOROSHIN,<br><br>Defendants. | Case No. 6:15-bk-12147-SY<br><br>Chapter 7<br><br>Adv. Proc. No. 6:15-ap-01165-SY<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** |

Having reviewed the *Stipulation for Dismissal of the Adversary Proceeding* [Adv. Docket No. 50] (the "Stipulation") entered into on January 15, 2019 by and between plaintiff Zions Bancorporation, N.A. dba California Bank & Trust ("CB&T"), on the one hand, and defendants Anna Doroshina and Serge Doroshin (collectively, the "Defendants"), on the other hand, and filed with the court on January 16, 2019, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1.   The Stipulation is approved; and

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 35479454v1

1

2. All of CB&T's remaining claims in the First Amended Complaint against the Defendants are dismissed with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure).

###

Date: January 23, 2019

_Scott H. Yun_
Scott H. Yun
United States Bankruptcy Judge